IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMIKA JOHNSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATES OF ALITA JOHNSON, HORACE MCCOUELLEM, AND HAASHIM JOHNSON,<br>      Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, ET AL.,<br>      Defendant. | CIVIL ACTION<br>NO. 18-4665 |

## NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Tamika Johnson, the Plaintiff in the above-captioned civil action, appeals to the United States Court of Appeals for the Third Circuit from the final Order of the United States District Court for the Eastern District of Pennsylvania, Honorable Joel H. Slomsky, entered on August 8, 2019.

Judge Slomsky entered an Order on August 8, 2019, dismissing Plaintiff's action pursuant to Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

The counsel of record for Plaintiffs and Defendant are, respectively:

| | |
|---|---|
| /s/ TAL5002<br>    LGV 7043<br>Counsel for Plaintiff<br>Thomas A. Lynam, III, Esquire<br>Leonard G. Villari, Esquire<br>Attorney ID Nos: 83817 / 68844<br>100 North 20th Street, Suite 1800<br>Philadelphia, PA 19103<br>Phone: (215) 568-1990<br>Fax: (215) 568-9920<br>Email: lgvillari@aol.com / tlynam@vll-law.com | Matthew Kevin Hubbard, Esquire<br>Counsel for Defendant<br>Assistant City Solicitor<br>14th Floor, One Parkway Building<br>1515 Arch Street<br>Philadelphia, PA 19102<br>Phone: (215) 683-5439<br>Fax: (215) 683-5296<br>Email: mattthew.hubard@phila.gov |

Date: 8/21/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMIKA JOHNSON, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATES OF ALITA JOHNSON, HORACE MCCOUELLEM, AND HAASHIM JOHNSON, 840 Winton Street Philadelphia, PA 19148, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, PHILADELPHIA FIRE DEPARTMENT, PHILADELPHIA FIRE COMMISSIONER ADAM THIEL, JANE DOE PHILADELPHIA FIRE DEPARTMENT OPERATOR AND JANE DOE PHILADELPHIA FIRE DEPARTMENT DISPATCHER <br><br> Defendants. | : : : : : : : : : : : : : : CIVIL ACTION NO.: 18-4665 : : : : : : : : : : : |

**CERTIFICATE OF SERVICE**

I, Thomas A. Lynam, III, Esquire, hereby certify that a true and correct copy of the Notice of Appeal to the United States Court of Appeals for the Third Circuit was served, on the date noted below, upon all counsel of record *via electronic filing*.

**VILLARI, LENTZ & LYNAM, LLC**

*/s/ Thomas A. Lynam, III*
THOMAS A. LYNAM, III, ESQUIRE
LEONARD G. VILLARI, ESQUIRE
Attorney I.D. Nos: 83817 / 68844
100 North 20th Street, Suite 302
Philadelphia, PA 19103
Phone: 215-568-1990
Fax: 215-568-9920
Emails: tlynam@vll-law.com / lgvillari@aol.com

Date: August 21, 2019